



# MEMORANDUM OPINION

No. 04-11-00014-CV

**STONEBROOK SNF, LLC** d/b/a Stonebrook Manor at Broadway,
Appellant

v.

Trini **GONZALES** as Next Friend for Natividad Gonzalez, an Adult,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI10104
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion states the parties have agreed that the costs of appeal shall be taxed against the party who incurred them. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party who incurred them. *See id*. 42.1(d).

PER CURIAM